AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America<br>v.<br>MARIA MATTHEWS<br>aka Mia Matthews<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:18-cr-00048-VAB |

True Copy.
ATTEST:
ROBIN D. TABORA
Clerk U.S. District Court
By _____
Deputy Clerk

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  MARIA MATTHEWS aka Mia Matthews                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
26 USC § 7201 and 18 USC § 2 (Tax Evasion)


Date:  08/29/2018                                                               _____
                                                                                                  _Issuing officer's signature_

City and state:  New Haven, Connecticut                             A. Caffrey, Deputy Clerk
                                                                                                  _Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/29/2018 , and the person was arrested on _(date)_ 9/4/18
at _(city and state)_  NH, CT                              .

Date: 11/18/2020                                                                 _____
                                                                                                  _Arresting officer's signature_

                                                                                                  M H Duffy SDUSM
                                                                                                  _Printed name and title_